IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAUDE S. YACAPSIN, | : | |
|    Plaintiff | : | No. 1:22-cv-00617 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| MESSIAH UNIVERSITY, | : | |
|    Defendant | : | |

## ORDER

**AND NOW**, on this 10th day of February 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant's motion to dismiss (Doc. No. 10) is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendant's motion to dismiss (Doc. No. 10) is **GRANTED** with respect Plaintiff's claims for religious discrimination and retaliation under the PHRA (Counts III & IV), and

2. Plaintiff's claims for religious discrimination and retaliation under the PHRA (Counts III & IV) are **DISMISSED** with **prejudice**;

3. Defendant's motion to dismiss (Doc. No. 10) is **DENIED** with respect to Plaintiff's Title VII claims (Counts I & II); and

4. A case management conference will be scheduled by separate Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania